Joshua H. Watson (State Bar No. 238058)
CLAYEO C. ARNOLD, APLC
865 Howe Avenue
Sacramento, CA 95825
Telephone:    (916) 777-7777
Facsimile:     (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*Rachel Palazzi*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PALAZZI<br><br>        Plaintiff,<br><br>        v.<br><br>BRUCE RANDY AVRIT, JR.,<br><br>        Defendant. | Case No.:  2:21-cv-01336-WBS-CKD<br><br>**ORDER ON STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

1
ORDER ON STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE

The Court, having reviewed the Parties' stipulated request to dismiss this action pursuant to Rule 41, grants the request for relief as follows:

(1) The Scheduling conference in this matter is **CONTINUED** from January 18, 2022, to **March 14, 2022, at 1:30 PM**.

(2) The parties shall file dispositive documents or a Joint Status Report no later than **February 28, 2022**.

IT IS SO ORDERED.

Dated:  January 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE