Joshua H. Watson (State Bar No. 238058)
CLAYEO C. ARNOLD, APLC
865 Howe Avenue
Sacramento, CA 95825
Telephone:   (916) 777-7777
Facsimile:   (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*Rachel Palazzi*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PALAZZI<br><br>        Plaintiff,<br><br>        v.<br><br>BRUCE RANDY AVRIT, JR.,<br><br>        Defendant. | Case No.:  2:21-cv-01336-WBS-CKD<br><br>ORDER ON STIPULATED REQUEST TO DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE |

The Court, having reviewed the Parties' stipulated request to dismiss this action pursuant to Rule 41, grants the request for relief as follows:

(1) The Court approves settlement of this matter as presented in the Parties' filed stipulation;

(2) The Court orders that Defendant pay the remaining settlement funds within 21 days pursuant to the settlement agreement;

(3) The Court orders Plaintiff's counsel to pay the Labor and Workforce Development Agency of the State of California or its designee $8,094, solely from the above payment in this matter to satisfy the State of California's interest in its portion of the approved PAGA penalties.  Plaintiff's counsel is ordered to file confirmation of payment in the Docket.

(4) All parties are to bear their own fees and costs of litigation.

(5) This matter will be dismissed with prejudice in 30 days (to allow time for payment) unless the Court otherwise orders.

IT IS SO ORDERED.

Dated:  January 24, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE